UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL MUTHEE MUNYWE,<br><br>Plaintiff,<br><br>v.<br><br>MARY ROBNETT, et al.,<br><br>Defendants. | Case No. 3:21-cv-05604-RSM-BAT<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Plaintiff's Objections, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation, Dkt #7;

(2) The case is dismissed without prejudice;

(3) All pending motions are DENIED as MOOT.

(4) The Clerk is directed to send copies of this Order to the parties.

DATED this 30th day of September, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1